# EXHIBIT F

| | |
|---|---|
| **From:** | Sheldon Gopstein |
| **To:** | Danielle Pierre |
| **Cc:** | Dafney Stokes; Tabitha Luc |
| **Subject:** | Re: KeyBank v. Direct Building |
| **Date:** | Monday, March 1, 2021 10:34:17 AM |
| **Attachments:** | image007.png |
| | image008.png |
| | image009.png |
| | image002.png |
| | image003.png |

My apologies. I will call client today and get back to you.

Sent from my iPhone

> On Mar 1, 2021, at 10:19 AM, Danielle Pierre <DPierre@wongfleming.com>
> wrote:

I sent you an email two weeks ago stating that we had rescheduled several times, per your request, and that I was noticing the deposition for March 1. You never responded with a new date, or provided a list of available dates. I attached the notice to the email and mailed it to your office.

The corresponding email thread is below.

Danielle

<image002.png>

Danielle Pierre | Associate | Wong Fleming

821 Alexander Road, Suite 200 | Princeton, NJ 08540
Phone: 609.951.9520 | Fax: 609.951.0270

www.wongfleming.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED

**From:** Sheldon Gopstein <sg@gopsteinlaw.com>
**Sent:** Monday, March 1, 2021 10:16 AM
**To:** Danielle Pierre <DPierre@wongfleming.com>
**Cc:** Dafney Stokes <dstokes@wongfleming.com>; Tabitha Luc
<tluc@wongfleming.com>
**Subject:** Re: KeyBank v. Direct Building

Today?  I thought we had agreed to reschedule?

Sent from my iPhone


> On Mar 1, 2021, at 10:10 AM, Danielle Pierre
> <DPierre@wongfleming.com> wrote:
>
>
> Mr. Gopstein,
>
> The noticed deposition in this matter was set to begin at 10:00 am, as
> indicated on the Notice emailed to you and mailed to your office.
>
> Do you and your client intend to appear?
>
>
> Danielle
>
> <image003.png>
>
>
> Danielle Pierre | Associate | Wong Fleming
>
> 821 Alexander Road, Suite 200 | Princeton, NJ 08540
> Phone: 609.951.9520 | Fax: 609.951.0270
>
> www.wongfleming.com
>
> IRS Circular 230 disclosure: To ensure compliance with requirements imposed
> by the IRS, we inform you that any U.S. federal tax advice contained in this
> communication (including any attachments) is not intended or written to be
> used, and cannot be used, for the purpose of (a) avoiding penalties under the
> Internal Revenue Code or (b) promoting, marketing or recommending to
> another party any transaction or matter addressed herein.
>
> THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY
> CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION
> INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS
> MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED
> REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY
> NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS