# EXHIBIT G



# Transcript of **Direct Building**

Monday, March 1, 2021

*Keybank National Association v. Direct Building Products Corp*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 99751

```
 1                  UNITED STATES DISTRICT COURT

 2                     DISTRICT OF NEW JERSEY

 3                  CIVIL ACTION NO. 2-20-mc-00170-KSH

 4    - - - - - - - - - - - - - - - - - - - - - - - -

 5    KEYBANK NATIONAL ASSOCIATION,

 6              Plaintiff,

 7         vs.

 8    DIRECT BUILDING PRODUCTS CORP., and YOEL DEEN,

 9              Defendants.

10    - - - - - - - - - - - - - - - - - - - - - - - -

11

12              TRANSCRIPT of the stenographic notes of

13    the Proposed Remote Videoconferenced deposition of

14    Direct Building Products Corp. in the above-entitled

15    matter, as taken by and before LORRAINE B. ABATE, a

16    Certified Court Reporter and Notary Public of the

17    State of New Jersey and Registered Professional

18    Reporter, held on March 1, 2021, commencing at 10:06

19    a.m., pursuant to Order.

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2   (ALL APPEARANCES ARE VIA REMOTE VIDEOCONFERENCE

 3   AND/OR TELEPHONE)

 4

 5              WONG FLEMING, ESQS.

 6              Attorneys for the Plaintiff

 7                 821 Alexander Road

 8                 Suite 200

 9                 Princeton, New Jersey 08540

10              BY:   DANIELLE PIERRE, ESQ.

11                 (609)951-9520

12              dpierre@wongfleming.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2

 3

 4                       E X H I B I T S

 5    PLAINTIFF'S                                       PAGE

 6    1     Notice of Deposition                          5

 7    2     E-Mail dated February 19, 2021                5

 8    3     E-Mail Correspondence                         6

 9

10           * * * ALL EXHIBITS RECEIVED, MARKED AND

11    RETURNED ELECTRONICALLY * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

 1               MS. PIERRE:  My name is Danielle Pierre,
 2     an associate with Wong Fleming, counsel for
 3     Keybank National Association.
 4               This was to be a Federal Rule of Civil
 5     Procedure Rule 30(b)(6) and 69 deposition or
 6     debtor's examination of Direct Building Product
 7     Corporation related to a judgment entered in
 8     favor of Keybank in the Southern District of New
 9     York, case No. 20:cv-0059 which was later
10     domesticated to the District of New Jersey, case
11     No. 20-mc-00170.
12               The deposition was set to begin at 10
13     a.m.  It is now 10:06 a.m., and the
14     representative for Direct Building Products
15     Corp. has not appeared.  In addition, counsel
16     for the deponent is not here.
17               We will go off the record for 15 minutes
18     to give the deponent and/or his counsel a bit
19     more time.
20               (There was a recess taken.)
21               MS. PIERRE:  The time is now 10:22 and
22     the deponent and his counsel have not appeared.
23               During the period that we were off the
24     record, I sent an e-mail to counsel for Direct
25     Building reminding him of the deposition start

Trustpoint.One | Alderson.    www.trustpoint.one
www.aldersonreporting.com    800.FOR.DEPO
(800.367.3376)

```
 1       time and asking whether he will be appearing
 2       with his client.
 3               Counsel responded to my e-mail
 4       indicating that he thought we had agreed to
 5       reschedule.  That is not the case.
 6               I'll provide all e-mail correspondence
 7       evidencing our communication as exhibits, and I
 8       would like to mark a few quick exhibits.
 9               As Plaintiff's Exhibit 1, the notice of
10       deposition served upon counsel via e-mail and
11       certified mail to counsel's address to receive
12       service on behalf of Direct Building Products
13       Corporation.
14               (Plaintiff's Exhibit 1, Notice of
15       Deposition, marked for identification, as of
16       this date.)
17               MS. PIERRE:  As Plaintiff's Exhibit 2,
18       e-mail correspondence dated February 19, 2021,
19       from myself, Danielle Pierre, counsel for
20       Keybank to counsel for Direct Building, Sheldon
21       Gopstein, asking him to ensure that his client
22       appears for today's examination.
23               (Plaintiff's Exhibit 2, E-Mail dated
24       February 19, 2021, marked for identification, as
25       of this date.)
```

Trustpoint.One  Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1    MS. PIERRE: And as Plaintiff's
2    Exhibit 3, all e-mail correspondence between
3    myself and counsel for Direct Building relating
4    to scheduling a date for a deposition of Direct
5    Building.
6    Keybank reserves any and all rights to
7    notice an examination for another date and time,
8    to move to compel the deponent to appear for a
9    deposition, to seek sanctions where appropriate,
10   including reimbursement for the cost incurred in
11   setting up today's deposition, and to file any
12   other such motions where applicable.
13   (Plaintiff's Exhibit 3, E-Mail
14   Correspondence, marked for identification, as of
15   this date.)
16   (Time noted: 10:24 a.m.)
17
18
19
20
21
22
23
24
25

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1                C E R T I F I C A T E

2

3   STATE OF NEW JERSEY    )

4   COUNTY OF ESSEX        )

5

6

7           I, LORRAINE B. ABATE, a Certified Court

8   Reporter of the State of New Jersey, Registered

9   Professional Reporter and Notary Public, do hereby

10  certify:

11          I reported the proceedings in the

12  within-entitled matter, and that the within

13  transcript is a true record of such proceedings.

14          I further certify that I am not related

15  to any of the parties to this action by blood or

16  marriage, and that I am in no way interested in the

17  outcome of this matter.

18          IN WITNESS WHEREOF, I have hereunto set

19  my hand this 2nd day of March 2021.

20

21

22  *Loraine B. Abate, CCR, RPR*

23  LORRAINE B. ABATE, CCR, RPR

24

25

**WORD INDEX**

**< 0 >**
08540  2:9

**< 1 >**
1  1:18  3:6  5:9, 14
10  4:12
10:06  1:18  4:13
10:22  4:21
10:24  6:16
15  4:17
19  3:7  5:18, 24

**< 2 >**
2  3:7  5:17, 23
20:cv-0059  4:9
200  2:8
2021  1:18  3:7  5:18, 24  7:19
20-mc-00170  4:11
2-20-mc-00170-KSH  1:3
2nd  7:19

**< 3 >**
3  3:8  6:2, 13
30(b)(6  4:5

**< 5 >**
5  3:6, 7

**< 6 >**
6  3:8
609)951-9520  2:11
69  4:5

**< 8 >**
821  2:7

**< A >**
a.m  1:19  4:13  6:16
ABATE  1:15  7:7, 23
above-entitled  1:14
ACTION  1:3  7:15
addition  4:15
address  5:11
agreed  5:4
Alexander  2:7
AND/OR  2:3  4:18
appear  6:8
APPEARANCES  2:2
appeared  4:15, 22
appearing  5:1
appears  5:22
applicable  6:12
appropriate  6:9
asking  5:1, 21
associate  4:2
ASSOCIATION  1:5  4:3
Attorneys  2:6

**< B >**
behalf  5:12
bit  4:18
blood  7:15
BUILDING  1:8, 14  4:6, 14, 25  5:12, 20  6:3, 5

**< C >**
case  4:9, 10  5:5
CCR  7:23
Certified  1:16  5:11  7:7
certify  7:10, 14
CIVIL  1:3  4:4
client  5:2, 21
commencing  1:18
communication  5:7
compel  6:8
CORP  1:8, 14  4:15
Corporation  4:7  5:13
Correspondence  3:8  5:6, 18  6:2, 14
cost  6:10
counsel  4:2, 15, 18, 22, 24  5:3, 10, 19, 20  6:3
counsel's  5:11
COUNTY  7:4
COURT  1:1, 16  7:7

**< D >**
DANIELLE  2:10  4:1  5:19
date  5:16, 25  6:4, 7, 15
dated  3:7  5:18, 23
day  7:19
debtor's  4:6
DEEN  1:8
Defendants  1:9
deponent  4:16, 18, 22  6:8
deposition  1:13  3:6  4:5, 12, 25  5:10, 15  6:4, 9, 11
DIRECT  1:8, 14  4:6, 14, 24  5:12, 20  6:3, 4
DISTRICT  1:1, 2  4:8, 10
domesticated  4:10
dpierre@wongfleming.com  2:12

**< E >**
ELECTRONICALLY  3:11
E-Mail  3:7, 8  4:24  5:3, 6, 10, 18, 23  6:2, 13
ensure  5:21
entered  4:7
ESQ  2:10
ESQS  2:5
ESSEX  7:4
evidencing  5:7
examination  4:6  5:22  6:7
Exhibit  5:9, 14, 17, 23  6:2, 13
EXHIBITS  3:10  5:7, 8

**< F >**
favor  4:8
February  3:7  5:18, 24
Federal  4:4
file  6:11
FLEMING  2:5  4:2
further  7:14

**< G >**
give  4:18
go  4:17
Gopstein  5:21

**< H >**
hand  7:19
held  1:18
hereunto  7:18

**< I >**
identification  5:15, 24  6:14
including  6:10
incurred  6:10
indicating  5:4
interested  7:16

**< J >**
JERSEY  1:2, 17  2:9  4:10  7:3, 8
judgment  4:7

**< K >**
KEYBANK  1:5  4:3, 8  5:20  6:6

**< L >**
LORRAINE  1:15

7:7, 23

**< M >**
mail  5:11
March  1:18  7:19
mark  5:8
MARKED  3:10  5:15, 24  6:14
marriage  7:16
matter  1:15  7:12, 17
minutes  4:17
motions  6:12
move  6:8

**< N >**
name  4:1
NATIONAL  1:5  4:3
NEW  1:2, 17  2:9  4:8, 10  7:3, 8
Notary  1:16  7:9
noted  6:16
notes  1:12
Notice  3:6  5:9, 14  6:7

**< O >**
Order  1:19
outcome  7:17

**< P >**
PAGE  3:5
parties  7:15
period  4:23
PIERRE  2:10  4:1, 21  5:17, 19  6:1
Plaintiff  1:6  2:6
PLAINTIFF'S  3:5  5:9, 14, 17, 23  6:1, 13
Princeton  2:9
Procedure  4:5
proceedings  7:11, 13
Product  4:6
PRODUCTS  1:8, 14  4:14  5:12
Professional  1:17  7:9
Proposed  1:13
provide  5:6
Public  1:16  7:9
pursuant  1:19

**< Q >**
quick  5:8

**< R >**
receive  5:11
RECEIVED  3:10
recess  4:20
record  4:17, 24  7:13
Registered  1:17  7:8
reimbursement  6:10
related  4:7  7:14
relating  6:3
reminding  4:25
Remote  1:13  2:2
reported  7:11
Reporter  1:16, 18  7:8, 9
representative  4:14
reschedule  5:5
reserves  6:6
responded  5:3
RETURNED  3:11
rights  6:6
Road  2:7
RPR  7:23
Rule  4:4, 5

**< S >**
sanctions  6:9
scheduling  6:4
seek  6:9
sent  4:24
served  5:10
service  5:12
set  4:12  7:18
setting  6:11
Sheldon  5:20
Southern  4:8
start  4:25
State  1:17  7:3, 8
STATES  1:1
stenographic  1:12
Suite  2:8

**< T >**
taken  1:15  4:20
TELEPHONE  2:3
thought  5:4
time  4:19, 21  5:1  6:7, 16
today's  5:22  6:11
TRANSCRIPT  1:12  7:13
true  7:13

**< U >**
UNITED  1:1

**< V >**
VIDEOCONFERENCE  2:2
Videoconferenced

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1:*13*
vs   1:*7*

< W >
way   7:*16*
WHEREOF   7:*18*
within-entitled   7:*12*
WITNESS   7:*18*
WONG   2:*5*   4:*2*

< Y >
YOEL   1:*8*
York   4:*9*

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)