**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| KEYBANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT BUILDING PRODUCTS CORP.,<br>and YOEL DEEN,<br><br>Defendants. | ) <br>) <br>)  Civil Action No. 2:20-mc-00170-KSH<br>) <br>)  **NOTICE TO WITHDRAW**<br>)  **PRE-MOTION LETTER**<br>) <br>) <br>) <br>) <br>) <br>) |

Plaintiff, KeyBank National Association, by and through undersigned counsel, respectfully

requests the Plaintiff's Pre-Motion Letter to Compel (ECF No. 2), be withdrawn.

Respectfully submitted,

**WONG FLEMING**
*Attorneys for Plaintiff*

Dated: May 18, 2021

By: */s/ Dafney Dubuisson Stokes*
Dafney Dubuisson Stokes, Esq.
821 Alexander Road, Suite 200
Princeton, New Jersey 08540
Tel: (609) 951-9520
Fax: (609) 951-0270
dstokes@wongfleming.com