

Carl J. Dallarda
Member of NJ Bar

cdallarda@wongfleming.com
November 21, 2022

**VIA ECF**
Honorable Magistrate Judge Cathy L. Waldor
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: **KeyBank National Association v. Direct Building Products Corp, et al**
**Case No. 2:20-mc-00170-KSH-CLW**

Dear Judge Waldor:

This firm represents Plaintiff KeyBank National Association in the above referenced action. In accordance with Your Honor's instructions in the Text Order of November 1, 2022, I am writing to report on the status of Defendants' discovery response. To date Defendants have not provided any documents, or an affidavit relating to same, and have not complied with the November 1st Order, or prior Orders relating to Defendants' obligation to produce the subject documents. Plaintiff has been prejudiced by Defendants' failure to produce. Plaintiff requests that the Court issue an Order compelling the production of the subject documents and imposing appropriate sanctions upon Defendants in the event of continued noncompliance.

Thank you for Your Honor's attention.

Respectfully submitted,

**WONG FLEMING, P.C.**
Attorney for Plaintiff

*/s/ Carl J. Dallarda*
Carl J. Dallarda

CD/bm
cc: Scott C. Levenson, Esq.

821 ALEXANDER ROAD, SUITE 200 ◆ P.O. BOX 3663 ◆ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ◆ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ◆ DISTRICT OF COLUMBIA ◆ FLORIDA ◆ GEORGIA ◆ IDAHO ◆ INDIANA ◆ MARYLAND
MICHIGAN ◆ NEVADA ◆ NEW JERSEY ◆ NEW YORK ◆ OREGON ◆ PENNSYLVANIA ◆ TEXAS ◆ WASHINGTON

ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED